ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
IVAN ABREO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00204-AWI |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| IVAN ABREO et al, | ) |
| Defendants. | ) |

    The defendants: 1)IVAN ABREO, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

    1. That the Status conference presently set for June 11, 2012 be vacated and rescheduled for Monday, June 25, 2012 at 10:00 a.m. in Courtroom 2 before the Honorable Chief Judge, Anthony W. Ishii.

STIPULATION AND ORDER

- 1 -

2. Defense counsel will be out of town on a pre-planned and prepaid family vacation.

3. There are ongoing negotiations between the defense and government counsel.

4. The defense requests additional and adequate time to discuss all of the options with his client.

5. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

IT IS SO STIPULATED.

Dated:  June 5, 2012          /s/ Robert L. Forkner
                              ROBERT L. FORKNER
                              Attorney for Defendant
                              IVAN ABREO

Dated:  June 5, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                              by: /s/ KATHLEEN A. SERVATIUS
                              Assistant United States Attorney

ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant
IVAN ABREO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-CR-00204-AWI |
| ) Plaintiff, ) | ORDER TO CONTINUE STATUS CONFERENCE |
| ) vs. ) | |
| IVAN ABREO et al, ) | |
| ) Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the June 5, 2012 Status Conference be continued to June 25, 2012 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) from the date of this order to June 25, 2012.

///

///

STIPULATION AND ORDER

- 3 -

IT IS SO ORDERED.

Dated:   June 7, 2012                           _____
                                                CHIEF UNITED STATES DISTRICT JUDGE