HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
IVAN ABREO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN ABREO,<br><br>    Defendant. | No. 1:11-cr-00204-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, IVAN ABREO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 1, 2013, this Court sentenced Mr. Abreo to a term of 70 months imprisonment;

3. His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4.  The sentencing range applicable to Mr. Abreo was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Abreo's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; a reduction comparable to the one received at the initial sentencing would produce a term of 56 months;

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Abreo's term of imprisonment to 56 months.

Respectfully submitted,

Dated: August 20, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: August 20, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
IVAN ABREO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Abreo is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months. A reduction comparable to the one received at the initial sentencing would produce a term of 56 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 56 months, effective as of November 1, 2015. If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing

1  release prior to November 1, 2015 or authorizing a term of imprisonment less than the term
2  actually served on November 1, 2015.

3      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4  remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above
5  reduction in sentence, and shall serve certified copies of the amended judgment on the United
6  States Bureau of Prisons and the United States Probation Office.

7      Unless otherwise ordered, Mr. Abreo shall report to the United States Probation Office
8  within seventy-two hours after his release.

10  IT IS SO ORDERED.

11  Dated: __August 20, 2015__        _____
                                                  SENIOR DISTRICT JUDGE