# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Anthony W. Ishii  **RE:**  Ivan Abreo
Senior United States District Judge          **Docket Number:  0972 1:11CR00204-001**
Fresno, California                                              **PERMISSION TO TRAVEL**
                                                                         **OUTSIDE THE COUNTRY**

Your Honor:

Ivan Abreo is requesting permission to travel to Tijuana, Baja California, Mexico. Ivan Abreo is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 1, 2013, Ivan Abreo was sentenced for the offense of 21 USC 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:**  70 months custody of the Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment

**Dates and Mode of Travel:**  From August 4, 2017, through August 8, 2017. Traveling by bus, public transportation.

**Purpose:**  Emergency, grandmother is very ill.

**RE:** Ivan Abreo
      **Docket Number: 0972 1:11CR00204-001**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                              Respectfully submitted,

                              /s/ Tim Mechem

                              Tim D. Mechem
                              Supervising United States Probation Officer

Dated:   August 2, 2017
         Fresno, California
         TDM/rmv

**REVIEWED BY:**        /s/ Brian J. Bedrosian
                        **Brian J. Bedrosian**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   August 3, 2017                    _____
                                           SENIOR DISTRICT JUDGE