UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  **RE:** Ivan Abreo
Senior United States District Judge  Docket Number: 0972 1:11CR00204-001
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Ivan Abreo is requesting permission to travel to Tijuana, Baja California, Mexico. Ivan Abreo is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 1, 2013, Ivan Abreo was sentenced for the offense of 21 USC 846, 841(a)(1) and (b)(1)(A) – Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:** 70 months custody in the Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment

**Dates and Mode of Travel:** From February 1, 2018, through February 5, 2018. Traveling by bus (public transportation).

**Purpose:** Grandmother passed away and would like to attend her funeral.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:   Ivan Abreo**
      **Docket Number:  0972 1:11CR00204-001**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Adrian Garcia

Adrian Garcia
United States Probation Officer

Dated:   January 31, 2018
         Fresno, California
         AG/rmv

**REVIEWED BY:**      /s/ Tim Mechem
                     **Tim D. Mechem**
                     **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   February 1, 2018                    _____
                                             SENIOR DISTRICT JUDGE

2

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX